# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

In the Interest of C.W., a child.

D.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.


No. 2D2024-0369
_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

David A. Dee of Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Blake Lynne Bruce, Senior Attorney, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

 Affirmed.

NORTHCUT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.